UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-62247-RAR

**GUSTAVO VIQUEZ**,

    Plaintiff,

v.

**JP MORGAN CHASE & CO.**
*D/B/A CHASE BANK*,

    Defendant.
_____/

## ORDER REMANDING CASE

**THIS CAUSE** comes before the Court *sua sponte*.[1] On December 1, 2022, Defendant removed this case, originally filed in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, to this Court. Notice of Removal, [ECF No. 1]. At that time, Defendant stated this Court had "original jurisdiction over the Action pursuant to 28 U.S.C. § 1332(a) and the Action is removable to this Court by Chase pursuant to 28 U.S.C. § 1441(b). The Action is a civil action between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs." *Id.* ¶ 2. Defendant subsequently filed a Motion to Dismiss. [ECF No. 5]. On January 20, 2023, after holding a hearing, the Court granted Defendant's Motion to Dismiss, allowing Plaintiff leave to amend. [ECF No. 18]. Plaintiff filed an Amended Complaint on February 8, 2023. [ECF No. 18].

Upon review of the Amended Complaint, the Court finds that it now lacks jurisdiction to hear this case pursuant to 28 U.S.C. § 1332(a) because the amount in controversy no longer

---

[1] "A federal court not only has the power but also the obligation at any time to inquire into jurisdiction whenever the possibility that jurisdiction does not exist arises." *Fitzgerald v. Seaboard Sys. R.R., Inc.*, 760 F.2d 1249, 1251 (11th Cir. 1985) (citations omitted). It is the Court's responsibility to "zealously insure that jurisdiction exists over a case." *Smith v. GTE Corp.*, 236 F.3d 1292, 1299 (11th Cir. 2001).

exceeds $75,000.  *See* Am. Compl. at 4 ("Plaintiff [] demands judgment for damages against the Defendant . . . in the sum of $54,404.83, together with costs and pre-judgment interest . . . ."). Accordingly, having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this action is **REMANDED** to the Seventeenth Judicial Circuit in and for Broward County, Florida.  The Clerk is instructed to **CLOSE** this case.  Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 15th day of February, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**